## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**LAWRENCE J. KANSKY, DPM, JD,** :

      **Plaintiff**     :   **CIVIL ACTION NO. 3:13-1234**

      **v.**           :

                              **(JUDGE MANNION)**

**COMMONWEALTH OF**     :
**PENNSYLVANIA, BUREAU OF**
**OCCUPATIONAL AFFAIRS,** *et al.,*  :

      **Defendants**     :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

(1)     the defendants' motion for summary judgment, **(Doc. No. 5)**, is **GRANTED**;

(2)     the Clerk of Court is directed to enter judgment in favor of the defendants and against the plaintiff; and

(3)     the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1234-01.ORDER.wpd